The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KYLE ROBERT TORNOW,<br><br>Defendant. | NO. CR20-145JLR<br><br>SUPERSEDING INFORMATION |

The Acting United States Attorney charges that:

**COUNT 1**
**(Interstate Threats)**

On or about July 24, 2020, in Seattle, within the Western District of Washington, KYLE ROBERT TORNOW knowingly and willfully did transmit in interstate and foreign commerce from the State of Washington to Oregon, a communication, to wit, an internet submission, and the communication contained a threat to injure a person, that is a

Information- 1
*United States v. Tornow*, CR20-145JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

threat to blow up a police precinct in Portland, Oregon.

All in violation of Title 18, United States Code, Section 875(c).

DATED this  22nd   day of April, 2021.

*Sarah G. Vogel, for*
TESSA M. GORMAN
Acting United States Attorney

_____ For
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS WOODS
Assistant United States Attorney

Information- 2
*United States v. Tornow*, CR20-145JLR