PROB 12C-SUM
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kyle Tornow                                    **Case Number:** 2:20CR00145JLR-001
**Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:** 07/27/2021                            **Date of Report:** 11/19/2021
**Original Offense:** Interstate Threats
**Original Sentence:** Time served (approximately 1 day); 3 years of Supervised release
**Type of Supervision:** Supervised release                          **Date Supervision Commenced:** 07/27/2021
**Assistant United States Attorney:** Thomas Woods                   **Defense Attorney:** Christopher Sanders
**Special Conditions Imposed:**

☐ Substance Abuse           ☐ Financial Disclosure         ☐ Restitution:
☒ Mental Health             ☐ Fine                         ☐ Community Service
☒ Other: Computer monitoring, search and seizure

**PETITIONING THE COURT**

☐ To issue a warrant under seal
☒ To issue a summons

I allege Kyle Tornow has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of driving under the influence on or about November 13, 2021, in violation of a mandatory condition. |
| 2. | Using marijuana on or about the following dates, in violation of a mandatory condition:<br>• 08/03/2021<br>• 08/13/2021<br>• 08/16/2021<br>• 08/23/2021<br>• 09/01/2021<br>• 09/09/2021<br>• 10/06/2021<br>• 10/13/2021<br>• 11/05/2021<br>• 11/15/2021 |
| 3. | Failing to report for drug testing on or about November 16, 2021, in violation of a mandatory condition. |

The Honorable James L. Robart, United States District Judge  Page 2
Petition for Warrant or Summons for Offender Under Supervision  November 19, 2021

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 19th day of November, 2021.

BY:

_____
Andrea G. Porter
United States Probation Officer

_____
Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

November 22, 2021
Date