PROB 12C-SUP
(01/13)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington
### Supplemental Violation

**Name of Offender:**  Kyle Tornow                                    **Case Number:** 2:20CR00145JLR-001
**Name of Judicial Officer:**  The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:**   07/07/2021                          **Date of Report:** 01/06/2022
**Original Offense:**        Interstate Threats
**Original Sentence:**      Time served (approximately 1 day); 3 years of supervised release
**Type of Supervision:**  Supervised release                 **Date Supervision Commenced:** 07/27/2021
**Assistant United States Attorney:**   Thomas Woods        **Defense Attorney:** Christopher Sanders
**Special Conditions Imposed:**

☐ Substance Abuse              ☐ Financial Disclosure            ☐ Restitution:
☒ Mental Health                ☐ Fine                            ☐ Community Service
☒ Other: Computer monitoring, search and seizure

## PETITIONING THE COURT

☐        To issue a warrant under seal
☐        To issue a summons
☒        To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on November 19, 2021.

I allege Kyle Tornow has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4. | Using marijuana on or about the following dates, in violation of a mandatory condition of supervision:<br><br>&bull; December 6, 2021<br>&bull; December 16, 2021 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:


☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.

The Honorable James L. Robart, United States District Judge                                    Page 2
Supplemental Violation                                                                    January 6, 2022

I swear under penalty of perjury that the          APPROVED:
foregoing is true and correct.                     Monique D. Neal
                                                   Chief United States Probation and Pretrial Services Officer

Executed on this 6th day of January, 2022.         BY:

_____                    _____
Andrea G. Porter                                   Jennifer Van Flandern
United States Probation Officer                     Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐   The Issuance of a Warrant under seal
    (conditions of supervision shall remain in effect pending final adjudication)
☐   The Issuance of a Summons
    (conditions of supervision shall remain in effect pending final adjudication)

☒   To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s)
    previously reported to the court


                                                   _____
                                                   Signature of Judicial Officer

                                                   _____
                                                   January 10, 2022
                                                   Date