PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Third Supplemental Violation

**Name:** Kyle Robert Tornow  **Case Number:** 2:20CR00145JLR-001
**Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge
**Date of Original Sentence:** 07/07/2021  **Date of Report:** 08/11/2022
**Original Offense:** Interstate Threats
**Original Sentence:** Time served (approximately 1 day); 3 years of supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 07/27/2021
**Assistant United States Attorney:** Thomas Woods  **Defense Attorney:** Mohamed Hamoudi

**Special Conditions Imposed:**

☐ Substance Abuse  ☐ Financial Disclosure  ☐ Restitution:
☒ Mental Health  ☐ Fine  ☒ Community Service
☒ Other: Computer monitoring, search and seizure.

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on November 22, 2021; January 10, 2022; and March 29, 2022.

I allege Kyle Robert Tornow has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6. | Using marijuana on or about the following dates, in violation of a mandatory condition of supervision:<br>• April 1, 2022<br>• May 9, 2022<br>• June 23, 2022 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
 ☐ revoked.
 ☐ extended for ___ years, for a total term of ___ years.
☒ The conditions of supervision should be modified as follows: To incorporate conditions requested in the recommendation.

☐ Detention pending final adjudication due to
 ☐ risk of flight.
 ☐ danger to community.

The Honorable James L. Robart, United States District Judge  
Supplemental Violation

Page 2  
August 11, 2022

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 10th day of August, 2022.<br><br>*[signature]*<br>Andrea G. Porter<br>United States Probation Officer | BY:<br><br>*[signature]*<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ The Issuance of a Warrant under seal  
(conditions of supervision shall remain in effect pending final adjudication)

☐ The Issuance of a Summons  
(conditions of supervision shall remain in effect pending final adjudication)

☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court

☐ Other

_____  
Signature of Judicial Officer

12 August 2022  
Date