JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-145-JLR |
| Plaintiff, | |
| vs. | MR. TORNOW'S MEMORANDUM |
| KYLE ROBERT TORNOW, | |
| Defendant. | |

Mr. Tornow requests that the Court maintain the status quo given the probation office's position that continued therapeutic treatment and medication will provide him with the necessary skills he needs to manage his problems.

Mr. Tornow's current positive participation in substance use disorder treatment, engagement in community service hours, and sobriety demonstrates that he has heeded this Court's order that he comply with supervision.

He appreciates the Court's, the government's, and probation office's understanding and patience as he struggles to overcome his substance use and thinking challenges.

For these reasons, he requests that he continue supervision with no additional term of custody.  He further agrees to modify the conditions of his supervision to address his struggles with substance use disorder.

DEFENDANT'S DISPOSITON
MEMORANDUM    - 1
(*Kyle Robert Tornow;* CR20-145-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED this 17th day of August, 2022.

    Respectfully submitted,

    s/ *Mohammad Ali Hamoudi*
    Attorney for Kyle Robert Tornow
    Office of the Federal Public Defender

DEFENDANT'S DISPOSITON
MEMORANDUM  - 2
(*Kyle Robert Tornow;* CR20-145-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100