Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                        Plaintiff,

            v.

ROBERT TORNOW,

                        Defendant.

NO. CR20-145JLR

ORDER MODIFYING TERMS OF
SUPERVISION

(Proposed)

Having considered the record and the parties' arguments, the Court hereby order that the terms of supervision continue and remain in full force and effect with the following additions:

The defendant shall abstain from the use of alcohol and/or all other intoxicants during the period of supervision and enter into alcohol treatment as directed by the supervising probation officer. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer.

The defendant shall not enter any establishment where alcohol is the primary commodity for sale.

_____
JAMES L. ROBART
United States District Judge

DATED this 22nd day of August 2022.

Order Modifying Terms of Supervion – 1
*United States v. Tornow*, CR20-145JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970