1                                                     JUDGE JAMES L. ROBART

2

3

4                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
5                                  AT SEATTLE

6    UNITED STATES OF AMERICA,           )   No. CR20-145-JLR
                                         )
7              Plaintiff,                 )
                                         )   (PROPOSED) ORDER TERMINATING
8          v.                            )   SUPERVISED RELEASE
                                         )
9    KYLE ROBERT TORNOW,                 )
                                         )
10             Defendant.                )
                                         )
11

12         This matter having come before the Court on the Defendant's Motion for

13   Termination of Supervised Release, and the Court having reviewed the motion, and the

14   records and files herein,

15         THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr.

16   Tornow's supervised release is warranted by the conduct of Mr. Tornow and in the

17   interests of justice;

18         IT IS FURTHER ORDERED that the term of supervised release for Mr. Tornow

19   shall be terminated, effective immediately.

20         The Clerk of the Court is directed to send copies of this order to all counsel of

21   record, and to the United States Probation Office.

22         IT IS SO ORDERED.

23         DONE this 30th day of April, 2024.

24

25         _____
           JAMES L. ROBART
26         UNITED STATES DISTRICT JUDGE

ORDER TERMINATING                          FEDERAL PUBLIC DEFENDER
SUPERVISED RELEASE                         1601 Fifth Avenue, Suite 700
(U.S. v. Tornow, CR20-145-JLR)  - 1        Seattle, Washington 98101
                                           (206) 553-1100

1

2   Submitted by:

3   s/ *Gregory Geist*

4   Assistant Federal Public Defender
    Attorney for Kyle Tornow

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Tornow*, CR20-145-JLR)  - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100